UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
JACKSON DIVISION

**KIRK D. CARTER,**
Plaintiff,

v.

**TRE HARGETT, in his official capacity as Tennessee Secretary of State,**
**and**
**GIBSON COUNTY ELECTION COMMISSION,**
Defendants.

**Case No.: MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

1. **Introduction** I, Kirk D. Carter, am a qualified independent candidate for Tennessee House District 79. Tennessee law (T.C.A. §§ 2-5-203 & 2-5-208) requires my name to appear on the ballot as "Independent" only, no descriptor allowed. This forces silence on my conservative platform, while Republicans and Democrats get full branding. It violates my First Amendment rights (compelled speech/silence) and Fourteenth Amendment rights (equal protection and due process - unequal treatment of candidates, voter association blocked). Ballots for the August 6, 2026 primary print soon; without relief, I lose votes forever. I seek emergency TRO and preliminary injunction to add "Independent Conservative" next to my name.

2. **Jurisdiction & Venue** This Court has federal question jurisdiction (28 U.S.C. § 1331). Venue is proper District 79 includes Gibson County, where harm occurs.

3. **Likelihood of Success on Merits**

- Ballot labels are protected speech (Anderson v. Celebrezze, 460 U.S. 780 (1983) SCOTUS: states can't burden independents unfairly without justification).
- This is viewpoint discrimination and compelled silence (Reed v. Town of Gilbert, 576 U.S. 155 (2015).
- Sixth Circuit follows: ballot restrictions must pass Anderson-Burdick balancing my harm (hidden message) outweighs state's weak "cleaner ballots" claim (no evidence of confusion) (Brown v. Yost, 6th Cir. 2025 protects advocacy on ballot-related speech).
- Unequal treatment under Fourteenth Amendment parties get labels, independents don't (Green Party of Tennessee v. Hargett, 6th Cir. 2015 TN regs scrutinized for discrimination).

4. **Irreparable Harm** Ballots print mid-June 2026 for August primary. Without relief, voters see only "Independent" no signal I'm conservative. Lost votes can't be fixed post-election.

5. **Balance of Equities** My speech rights > state's interest in "clean" ballots. TN already lets parties label freely adding one word causes no chaos.

6. **Public Interest** Voters deserve clear choice. First and Fourteenth Amendments protect association, rule hides outsiders, favors incumbents.

7. **Relief Requested** Issue TRO and preliminary injunction:

- Enjoin Defendants from printing ballots without "Independent Conservative" next to my name.
- Order acceptance of my amended designation.
- Waive bond I'm pro se, limited funds.

**Respectfully submitted,**
Kirk D. Carter
Pro Se Plaintiff  March 16th, 2026

**Certificate of Service**
I certify I will serve this on Defendants via certified mail.

**Attachments:**

- Affidavit
- Petition copy (proof you qualified).
- T.C.A. §§ 2-5-203, 2-5-208 printouts.

350 E WALNUT ST
DYER TN
38330 .