**AFFIDAVIT OF KIRK D. CARTER**

"I, Kirk D. Carter, being duly sworn, state under penalty of perjury:

1.  I am the Plaintiff in this action and a qualified independent candidate for Tennessee House District 79.

2.  I qualified for the ballot by submitting petitions to the Gibson County Election Commission, which were approved on or about March 10, 2026.

3.  My campaign yard signs and materials describe me as 'Independent Conservative,' reflecting my political views.

4.  Tennessee law (T.C.A. §§ 2-5-203 & 2-5-208) prohibits adding any descriptor like 'Conservative' next to my name on the ballot, forcing it to read only 'Independent.'

5.  This rule prevents voters from knowing my platform, conservatives may skip me, thinking I'm unaffiliated or random. I will lose votes that can't be recovered after the election.

6.  I have limited funds and am filing pro se.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16th 2026.

Kirk D. Carter