Original Document Photocopy
Cannot Be Accepted TCA 2-5-102

# STATE OF TENNESSEE
## CANDIDATE NOMINATING PETITION
### INDEPENDENT CANDIDATE

We the undersigned registered voters in the county of GIBSON, State of Tennessee, hereby nominate KIRK DEAN CARTER, 350 E WALNUT ST, DYER, as a candidate for the office of STATE OF TENNESSEE, HOUSE OF REPRESENTATIVES - 79TH DISTRICT to be voted on in the general election, which will be held on the 03 day of November, 2026. We request that such candidate's name be printed on the official ballot.

This petition was issued by _____

(signature of election official)                          02/20/2026
                                                              (date)

**\*\*TO BE COMPLETED BY THE CANDIDATE\*\***

I hereby direct that my name appear on the official ballot as follows, and I declare, under penalty of perjury, that I have reviewed the qualifications for the office sought herein and hereby certify that I meet said qualifications and that the information provided over my signature is true and correct:

_____
PRINT NAME

350 E WALNUT ST Dyer 38930 731 618 7057
(residential address of candidate)    (zip code)    (residential phone)

_____
(business address of candidate)    (zip code)    (business phone)

CANDIDATE'S SIGNATURE _____

(Required Under TCA 2-5-102)

T.C.A. 2-19-109 provides that a person who knowingly makes any false entry on an election document commits a class D felony.

**ORIGINAL**
DUPLICATES NOT ACCEPTED

Certified Copy of Original Petition
Date 3-9-26
Election Official
Signature of

**FOR CANDIDATES REQUIRED TO BE AN ATTORNEY:**

By my signature, I hereby certify that I am licensed to practice law in this state.

@ 8:39 am

_____
(signature of candidate)

_____
SUPREME COURT REGISTRATION NO.

**RECEIVED**
MAR 10
Carroll County Election Commission

**FILED**
MAR 09 2026
Gibson County
Election Commission

## NOMINATING SIGNATURES
(must be registered voters who are eligible to vote to fill this office)
(Cannot sign for another - no ditto \*\* marks)
(Address as listed on registration - No P.O. Boxes)

1. Sign here _____
   Print here JAMES HESSE
   Street address 241 W. Broad
   City/state/zip/county Dyer, TN, 38930, Gibson

2. Sign here Susan Hesse
   Print here Susan Hesse
   Street address 241 West Broad St
   City/state/zip/county Dyer Tennessee, 38930, Gibson

Qualifying Deadline March 10, 2026
Withdrawal Deadline March 17, 2026



**Sam Gregory, Chairman**
**Kaleb Dinwiddie, Secretary**
**Joe Albright, Commissioner**
**Kim Todd, Commissioner**
**Tim Luckey, Commissioner**
**Emily Brown, Administrator**

Phone 731-855-7669
Fax     731-855-7606
E-mail
votegibsontn@co.gibson.tn.us

## Gibson County Election Commission
### Courthouse, One Court Square, Suite 101, Trenton, TN  38382

State of Tennessee
County of Gibson

To:  Henderson County Election Commission

I, Emily Brown, Administrator of Elections, Gibson County Election Commission, Trenton, Tennessee, do hereby certify that this is a true and exact copy of the original qualifying petition for

### Kirk D Carter
*An Independent candidate for State House of Representatives District 79*

This election will be held on **November 3, 2026**.  This petition was filed in my office on:

## March 9, 2026

After examining said nominating petition, I do hereby certify that the petition has the required number of signatures and addresses as pursuant to T.C.A. 2-5-101.

This 9th day of March, 2026

Emily Brown
Administrator of Elections



# Henderson County Election Commission
## 435 West Church Street, Lexington, Tennessee 38351
731-968-6832   henderson.commission@tn.gov

State of Tennessee
Henderson County

TO:  Kirk D. Carter



RECEIVED
MAR 1 0 2026
Henderson Co.
Elec. Comm.

Date: **March 10, 2026 at 9:51 am**

Henderson County Election Commission has received a copy of <u>Kirk D. Carter's</u> Petition for **Independent candidate, State House of Representatives District 79;** it is on file in our office located at 435 West Church St, Lexington, TN.

Robin Powers, Administrator of Elections
Henderson County Election Commission

ORIGINAL

Melba Johnson, Chairman                          Chris Alexander, Commissioner
Austin Corbin, III, Secretary                       Jimmy McGill, Commissioner
Robin Powers, Administrator                        Joseph Parker, Commissioner
Lora Volner, Deputy