FedEx

Envelope

Received.

RECEIVED
RECEIVED

MAR 17 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. Of TN, Jackson

MAR 1 6 2026

Part # 15629740 SRS P24 XP 06/26

ORIGIN ID:MKLA  (000) 000-0000
KIRK DEAN CARTER

410 CHANNING CV

LEXINGTON, TN 38351
UNITED STATES US

SHIP DATE: 16MAR26
ACTWGT: 0.20 LB
CAD: 6986892/SSFE2701

BILL CREDIT CARD

TO  **CLERK OF COURT**
**U.S. DISTRICT OF TENNESSEE**
**JAMES D TODD US COURTHOUSE**
**111 SOUTH HIGHLAND AVE**
**JACKSON TN 38301**
(000) 000-0000          REF:
INV:
PO:                              DEPT:

**FedEx**
Express

E

**TUE – 17 MAR 10:30A**
**PRIORITY OVERNIGHT**

TRK# 3996 7205 8759
0201

**XW HMBTG**

**MKLA 38301**
TN-US **MEM**

