Case: **1:26–cv–01057**
Assigned To : **Anderson, S. Thomas**
Referral Judge: **York, Jon A.**
Assign. Date : **3/17/2026**
Description: **Carter v Hargett, et al**